# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

V.

PATRICK AHUMADA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:20-MJ-1971

 

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Kimberly A. Swank_
Signature of Judge

| Kimberly A. Swank | US Magistrate Judge |
|---|---|
| Name of Judge | Title of Judge |

4/8/2021
Date